**FILED**
CLERK, U.S. DISTRICT COURT
7/26/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VAV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MOHAMMED MERGHANI MARZOOK,<br><br>　　　　Defendant. | CR 2:22-cr-00336-MWF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 641: Theft of Government Property in Excess of $1,000; 18 U.S.C. § 1361: Depredation Against Government Property] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 641]

On or about December 28, 2021, in Los Angeles County, within the Central District of California, defendant MOHAMMED MERGHANI MARZOOK knowingly and willfully stole, purloined, and converted to his own use property of the Federal Bureau of Investigation ("FBI"), a department and agency of the United States, having a value in excess of $1,000, namely, one 2018 Hyundai Sonata, with the intent to deprive the FBI of the use and benefit of that vehicle.

COUNT TWO

[18 U.S.C. § 1361]

On or about December 28, 2021, in Los Angeles County, within the Central District of California, defendant MOHAMMED MERGHANI MARZOOK willfully injured and committed a depredation against property of the United States and the Federal Bureau of Investigation, specifically, a 2018 Hyundai Sonata, with the resulting damage having a value in excess of $1,000.

A TRUE BILL

/S/
Foreperson

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

ELIA HERRERA
Assistant United States Attorney
General Crimes Section