[Reset Form]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Case Number: **2:22-cr-00336-MWF**
U.S.A. v. **Mohammed Merghani Marzook**
[✓] Indictment   [ ] Information

Defendant Number: **1**
Year of Birth: **1992**
Investigative agency (FBI, DEA, etc.): **FPS**

FILED
CLERK, U.S. DISTRICT COURT
7/26/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: VAV  DEPUTY

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: **December 28, 2021**

c. County in which first offense occurred
**Los Angeles**

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[ ] Los Angeles   [ ] Ventura
[ ] Orange   [ ] Santa Barbara
[ ] Riverside   [ ] San Luis Obispo
[ ] San Bernardino   [✓] Other **Torrance, CA**

Citation of Offense: **18 USC S 641, 1361**

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No   [ ] Yes
If "Yes," Case Number: ____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): ____

### PREVIOUSLY FILED COMPLAINT/CVB CITATION
A complaint/CVB citation was previously filed on: ____
Case Number: ____
Assigned Judge: ____
Charging: ____
The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: ____

### PREVIOUS COUNSEL
Was defendant previously represented?  [ ] No  [ ] Yes
IF YES, provide Name: ____
Phone Number: ____

### COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION
**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No
This is the ____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: ____
Case Number ____
The superseded case:
[ ] is still pending before Judge/Magistrate Judge
[ ] was previously dismissed on ____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No
Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☒ NO

IF YES, list language and/or dialect: _____

**OTHER**

☒ Male  ☐ Female
☒ U.S. Citizen  ☐ Alien

Alias Name(s): _____

This defendant is charged in:
☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☒ No
IF YES, should matter be sealed?  ☐ Yes  ☒ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud  ☐ public corruption
☐ government fraud  ☐ tax offenses
☐ environmental issues  ☐ mail/wire fraud
☐ narcotics offenses  ☐ immigration offenses
☐ violent crimes/firearms  ☐ corporate fraud
☒ Other  Theft of Government Property

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  __20__  __21__  __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

Date  07/15/2022

/s/ Elia Herrera
Signature of Assistant U.S. Attorney
Elia Herrera
Print Name